UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CR423 CDP |
| | ) | |
| CAROL LEE MADDOX, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant's motion to continue self-surrender date [#28] is granted, and defendant's surrender date is extended as requested. Defendant must surrender as previously directed **before 1:00 p.m. on April 2, 2009.** The Court will not extend this deadline further.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2009.